IMH Broadway Tower Senior Lender, LLC;
IMH Broadway Tower Mezz Lender, LLC

                      Plaintiffs,

       -against-

William Hertz, Isaac Hertz & Sarah Hertz c/o Hertz Investment Group

                      Defendants.

**AFFIDAVIT OF SERVICE**

Civil Action No. 19 CV 8168

Date Filed 9/3/2019

---

State of New York )
                  ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on September 5, 2019 at approximately 2:45 PM deponent served the following specific papers: Summons in a Civil Action and Complaint, Civil Cover Sheet, and Corporate Disclosure Statement Federal Rule 7.1, that the party served was Issac Hertz c/o Hertz Investment Group, one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the registered agent authorized by appointment, Corporation Service Company, located at 80 State Street, 10th Floor, in the City of Albany, New York by delivering to and leaving the papers with A Legal Representative of CSC, a white female with gray hair, being approximately 58 years of age; height of 5'4", weight of 130 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

                                                   _/s/ Mary M. Bonville_
                                                   Mary M. Bonville

Sworn to before me this 5TH day of September, 2019

_/s/ Vera B. Ray_

Vera B. Ray
Notary Public — State of New York
Qualified in Albany County
Registration No. 01RA6133233
Commission Expires: 09-12-2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMH BROADWAY TOWER SENIOR LENDER, LLC, a Delaware limited liability company; IMH BROADWAY TOWER MEZZ LENDER, LLC, a Delaware limited liability company,<br><br>                Plaintiffs,<br><br>v.<br><br>WILLIAM HERTZ, an individual residing in California; ISAAC HERTZ, an individual residing in California; SARAH HERTZ, an individual residing in California,<br><br>                Defendants. | Case No. 1:19-cv-08168 (JSR)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

        ANGEL ARIAS, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and am employed by Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York NY 10166.

    2.    On Friday, September 6, 2019, I served true and correct copies of the Summons, Complaint and exhibits thereto, Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement, Rules of the Honorable Jed S. Rakoff and Electronic Case Filing Rules & Instructions all in the above captioned proceeding, via United States Postal Service Certified Mail, Return Receipt Requested upon:

William Hertz
c/o Hertz Investment Group
1522 2nd Street
Santa Monica, California 90401
Attention: Gary Horwitz

Isaac Hertz
c/o Hertz Investment Group
1522 2nd Street
Santa Monica, California 90401
Attention: Gary Horwitz

Sarah Hertz
c/o Hertz Investment Group
1522 2nd Street
Santa Monica, California 90401
Attention: Gary Horwitz

Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Attention: Richard P. Richter, Esq.

by depositing the same in four separate, post-paid properly and personally addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York and pursuant to the terms of the Guaranty Agreement, dated September, 5 2014 (Complaint Exhibit No. 7).

_____
Angel S. Arias

Sworn to before me on this
16th day of September, 2019

_____
Notary Public

LaToya Best
Notary Public, State of New York
No. 01BE6203863, Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 20_21_

2