UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMH BROADWAY TOWER SENIOR ) 
LENDER, LLC and IMH BROADWAY )
TOWER MEZZ LENDER, LLC, )
)
               Plaintiffs, )
)
    v. ) Case No. 1: 19-cv-08168-JSR
)
WILLIAM HERTZ, ISAAC HERTZ and )
SARAH HERTZ, )
)
               Defendants. )
)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/19

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Thaddeus D. Wilson, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Georgia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Thaddeus D. Wilson |
| Firm Name: | King & Spalding LLP |
| Address: | 1180 Peachtree Street |
| City/State/Zip: | Atlanta, GA 30309 |
| Telephone/Fax: | (404) 572-4842 / (404) 572-5100 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/26/19

_____
United States District ~~Magistrate~~ Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMH BROADWAY TOWER SENIOR LENDER, LLC and IMH BROADWAY TOWER MEZZ LENDER, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM HERTZ, ISAAC HERTZ and SARAH HERTZ, <br><br> Defendants. | Case No. 1: 19-cv-08168-JSR |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Thaddeus D. Wilson hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants in the above-captioned action.

I am in good standing of the bar of the state of Georgia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted this 20th day of September, 2019.

           */s/ Thaddeus D. Wilson*
           Thaddeus D. Wilson
           KING & SPALDING LLP
           1180 Peachtree Street NE
           Atlanta, GA 30309
           Telephone: (404) 572-4842
           Fax: (404) 572-5100
           Email: thadwilson@kslaw.com

           *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2019 I electronically filed the foregoing **MOTION FOR ADMISSION PRO HAC VICE** with the Clerk of the court using the CM/ECF system.

*/s/ Thaddeus D. Wilson*
Thaddeus D. Wilson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMH BROADWAY TOWER SENIOR LENDER, LLC and IMH BROADWAY TOWER MEZZ LENDER, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM HERTZ, ISAAC HERTZ and SARAH HERTZ,<br><br>Defendants. | Case No. 1: 19-cv-08168-JSR |

## AFFIDAVIT OF THADDEUS D. WILSON
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Thaddeus D. Wilson, hereby affirms as follows:

1. I make this affidavit pursuant to Local Rule 1.3 in support of the motion for my admission to appear and practice before this Court in the above-captioned matter as counsel pro hac vice for Defendants in this matter.

2. I am a partner with the law firm King & Spalding LLP. My business address, telephone number, facsimile number, and email address are as follows:

> Thaddeus D. Wilson
> KING & SPALDING LLP
> 1180 Peachtree Street NE
> Atlanta, GA 30309
> Telephone: (404) 572-4842
> Fax: (404) 572-5100
> Email: thadwilson@kslaw.com

3. I am an attorney who is a member in good standing of the bar of the State of Georgia. A current certificate of good standing is attached to this Affidavit as Exhibit 1.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Thaddeus D. Wilson

Dated: September 20, 2019

STATE OF GEORGIA     )
                     ) ss.:
COUNTY OF FULTON     )

NOTARY PUBLIC

Sworn to and subscribed before me this 20th day of September, 2019



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Thaddeus David Wilson
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

| | |
|---|---|
| CURRENT STATUS: | Active Member-Good Standing |
| DATE OF ADMISSION: | 11/21/2008 |
| BAR NUMBER: | 596008 |
| TODAY'S DATE: | 09/19/2019 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435