```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IMH BROADWAY TOWER SENIOR LENDER,   :
LLC, ET AL.                         :
                                    :
        Plaintiffs,                 :
                                    :    19-cv-8168(JSR)
        -v-                         :
                                    :    ORDER
WILLIAM HERTZ, ET AL.               :
                                    :
        Defendants.                 :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Before the Court is defendants' motion under Fed. R. Civ. P. 12(c) for judgment on the pleadings, as well as plaintiffs' Fed. R. Civ. P. 12(b)(6) motion to dismiss defendants' counterclaims. Both motions are denied.

A memorandum explaining the reasons for these rulings will issue in due course. The Clerk of the Court is directed to close the motions at docket numbers 34 and 36.

SO ORDERED.

Dated: New York, NY
       January 2, 2020

_____
JED S. RAKOFF, U.S.D.J.

1